AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| PHH MORTGAGE CORPORATION<br>Plaintiff (s),<br>V.<br>21 ASSET MANAGEMENT HOLDING LLC<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:20-cv-02561-PKC |

Notice is hereby given that, subject to approval by the court, __21 Asset Management Holding LLC__ substitutes
(Party (s) Name)

__Glenn P. Warmuth__, State Bar No. __3012846__ as counsel of record in
(Name of New Attorney)

place of __William J. Amann, Esq. and Matthew Braucher, Esq.,__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Stim & Warmuth, P.C.
Address: 2 Eighth Street Farmingville, NY 11738
Telephone: (631) 732-2000        Facsimile (631) 732-2662
E-Mail (Optional): gpw@stim-warmuth.com

I consent to the above substitution.
Date: 8/19/20

_(signature)_ James Frabrangelo Manager
(Signature of Party (s))

I consent to being substituted.
Date: 8/18/2020

William Amann — Digitally signed by William Amann, Date: 2020.08.18 12:30:06 -04'00'
Matthew Braucher — Digitally signed by Matthew Braucher, Date: 2020.08.18 12:30:41 -04'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/19/20

_Glenn P Warmuth_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]