AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

| | |
|---|---|
| PHH MORTGAGE CORPORATION<br>　　　　　　　　　　Plaintiff (s),<br>V.<br>21 ASSET MANAGEMENT HOLDING LLC<br>　　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:20-cv-02561-PKC |

Notice is hereby given that, subject to approval by the court, __21 Asset Management Holding LLC__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Glenn P. Warmuth_____, State Bar No. __3012846__ as counsel of record in
(Name of New Attorney)

place of __William J. Amann, Esq. and Matthew Braucher, Esq.,_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　Stim & Warmuth, P.C.
　　Address:　　　　2 Eighth Street Farmingville, NY 11738
　　Telephone:　　　(631) 732-2000　　　　　　Facsimile　(631) 732-2662
　　E-Mail (Optional):　gpw@stim-warmuth.com

I consent to the above substitution.
Date:　　　8/19/20
　　　　　　　　　　　　　　　　　　　　　　_James Frangcelo_　Manager
　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
　　　　　　　　　　　　　　　　　　　　　　William Amann　Digitally signed by William Amann
Date:　　　8/18/2020　　　　　　　　　　　　　　　　　　　　Date: 2020.08.18 12:30:06 -04'00'
　　　　　　　　　　　　　　　　　　　　　　Matthew Braucher　Digitally signed by Matthew Braucher
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 2020.08.18 12:30:41 -04'00'
　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　　8/19/20
　　　　　　　　　　　　　　　　　　　　　　_Glenn P. Warmuth_
　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　　　8/19/2020
　　　　　　　　　　　　　　　　　　　　　　_P. Kevin Castel_
　　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]