UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHH MORTGAGE CORPORATION,

                Plaintiff,                20-cv-2561 (PKC)

    -against-                       ORDER

21 ASSET MANAGEMENT HOLDING LLC,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant 21 Asset has moved to dismiss Counts IV through VII of the Second Amended Complaint. The Court directs that defendant 21 Asset file an answer to Counts I, II and III of the Second Amended Complaint within 14 days of this Order.

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       June 1, 2021