UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PHH MORTGAGE CORP.,

                Plaintiff,

                                                                                 20-cv-2561 (PKC)

        -against-                                                 ORDER

21 ASSET MANAGEMENT HOLDING LLC,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of the stay of this action, defendant's partial motion to dismiss is deemed withdrawn without prejudice to renewal. The Clerk is directed to terminate the motion. (Docket # 75.)

        SO ORDERED.

                                                          P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
           July 21, 2021